UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENT JONES,

    Plaintiff,

Case No. 1:08-CV-300

v.

Hon. Gordon J. Quist

JULIE TUDOR, et al.,

    Defendants.
                              /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on July 20, 2009. The Report and Recommendation was served on Plaintiff via United States mail on July 21, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed July 20, 2009, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Penny Rogers, N.P.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 34) is **GRANTED**.

The case shall continue with regard to Defendants Tsegaye, Cooper, and Raymond.

Dated: August 20, 2009                      /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE