UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENT JONES,

        Plaintiff,                            Case No. 1:08-CV-300

v.                                          Hon. Gordon J. Quist

JULIE TUDOR, et al.,

        Defendants.
                                           /

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on January 17, 2012. The Report and Recommendation was served on Plaintiff via United States mail on January 18, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 17, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Tsegaye's Motion for Summary Judgment (docket no. 97) is **GRANTED**.

A separate judgment shall enter.

This case is **concluded**.


Dated: February 7, 2012                                            /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE